UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | : | C.R. No. 99-08L |
| | ) | |
| Henry Peterson | ) | |

O R D E R

This matter hereby is referred to Magistrate Judge Lincoln D. Almond for appointment of attorney representation.

ENTER:

Ronald R. Lagueux
Senior United State District Judge
Dated: 2/7/06

BY ORDER:

Deputy Clerk
Barbara J. Gilfillan