AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

U.S.A.

v.

Henry Peterson

APPEARANCE

CASE NUMBER: CR 99-08L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Henry Peterson

I certify that I am admitted to practice in this court.

2-9-06
*Date*

*Signature*

Edward C Roy. Jr.
*Print Name* *Bar Number*

10 Weybosset St., Ste 300
*Address*

Providence RI 02903
*City* *State* *Zip Code*

528-4281 528-4285
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.