UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR99-08L |
| HENRY PETERSON | : | |

NOTICE OF APPEAL

NOW COMES the defendant, Henry Peterson, and hereby notices his appeal to the First Circuit of his sentence which was imposed on March 28, 2006.

HENRY PETERSON
By his Attorney,

EDWARD C. ROY
Assistant Federal Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 4th day of April, 2006, I hand-delivered a true copy of the within notice to Gerard B. Sullivan, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.