CR: 99-8 J. Lagueux

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-1599

UNITED STATES,

Appellee,

v.

HENRY PETERSON,

Defendant, Appellant.

---

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

---

JUDGMENT

Entered: April 11, 2007

Having failed to present argument in the district court pertaining to supervised release or to object to the length of the term of supervised release imposed, appellant now characterizes the three year term as unreasonable under United States v. Booker, 543 U.S. 220 (2005). The term of supervised release imposed was within the two to three year range suggested by the advisory guidelines. Even were the issue not subject to plain error review, appellant would have to carry a heavy burden to demonstrate that the sentence is unreasonable under the circumstances. The sentencing transcript indicates that the court considered the function of supervised release in the context of a downward departure it granted in the term of imprisonment imposed. In an unusually detailed explanation of the purpose of the supervised release portion of the sentence - to provide appellant with both guidance and treatment - the court reached a thoughtful, defensible result.

The judgment is affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________

Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. R 41.**

**Richard Cushing Donovan, Clerk**

Linda Barry

**Deputy Clerk**

**Date:** MAY 02 2007

[cc: Messrs: Fox and Lockhart]